HUBBELL, Appellant, v. SNOWDEN, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by William H. Hubbell against Grace F. Snowden. No opinion. Judgment of the Municipal Court affirmed, with costs.

HUDSON, Appellant, v. RICHMOND et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Thomas Hudson against Flora A. Richmond and another, as executors, etc., of Warren Richmond, deceased. No opinion. Judgment affirmed, with costs.

HUSSEY v. TWEEDIE TRADING CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Charles M. Hussey, as ancillary administrator, against the Tweedie Trading Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 124 N. Y. Supp. 1117.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. CONNELLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by the International Text-Book Company against Edward Connelly.

PER CURIAM. Judgment (67 Misc. Rep. 49, 124 N. Y. Supp. 603) affirmed, with costs. McLENNAN, P. J., dissents.

IVES, Respondent, v. SOUTH BUFFALO R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Earl Ives against the South Buffalo Railway Company.

PER CURIAM. Judgment (124 N. Y. Supp. 920) affirmed, with costs.

WILLIAMS, J., dissents.

IVES, Respondent, v. TOWN OF SYDNEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Clara M. Ives against the town of Sydney.

PER CURIAM. Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff will stipulate to reduce the verdict to $1,000, in which case the judgment and order may stand affirmed, without costs to either party.

SEWELL, J., votes for reversal without condition.

JACKMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by John Jackman against the City of New York. F. Nevins, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JACKSON, Respondent, v. BUFFALO GERMAN INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. No-vember 18, 1910.) Action by Henry H. Jackson against the Buffalo German Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

JACOBS v. RONCORONI. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Samuel E. Jacobs against Pietro Roncoroni. No opinion. Application denied, with $10 costs. Order signed.

JACOBSON, Appellant, v. GUGGENHEIM et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Ernest O. Jacobson against Daniel Guggenheim and others. H. R. Bayne, for appellant. L. Marshall, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

JARMULOWSKY v. JARMULOWSKY. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Henry C. Jarmulowsky against Helen E. Jarmulowsky. No opinion. Motion to dismiss appeal granted. Order filed.

JEFFERY, Appellant, v. DINNINY, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Oscar W. Jeffery, as receiver, against Ferral C. Dinniny. H. G. Aron, for appellant. A. L. Davis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHNSON, Respondent, v. BARRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Nils Johnson against William J. Barry and others. No opinion. Motion to dismiss appeal granted, with costs.

JOHNSON, Respondent, v. BROOKLYN, Q. C. & S. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Minnie Johnson against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Respondent, v. SANDERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Nils Johnson against Leo Sanders and another, impleaded with others. No opinion. Motion to dismiss appeal granted, with costs.

JOHNSTON v. GARVEY. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Edward W. S. Johnston, as executor, etc., against Martin T. Garvey. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 App. Div. 659, 124 N. Y. Supp. 278.

JOHNSTON, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William W. Johnston against John D. Ryan. J. A. Garver, for appellant. G. E. Cogs-